# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | | |
|---|---|---|
| Appeals of -- | ) | |
| | ) | |
| Tigua Enterprises, Inc. | ) | ASBCA Nos. 60152, 60816 |
| | ) | |
| Under Contract No. W912DY-14-C-0026 | ) | |

APPEARANCE FOR THE APPELLANT:  Francisco J. Ortega, Esq.
  ScottHulse PC
  El Paso, TX

APPEARANCES FOR THE GOVERNMENT:  Michael P. Goodman, Esq.
  Engineer Chief Trial Attorney
  Garry L. Brewer, Esq.
  Steven W. Feldman, Esq.
  Engineer Trial Attorneys
  U.S. Army Engineer District, Huntsville

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: September 10, 2019

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60152, 60816, Appeals of Tigua Enterprises, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals